ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DOUGLAS BYE,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden, et al.,<br><br>    Respondent. | CV 08-02849 JSL (AN)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 28, 2011

_____
J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY